**99–796. Black v. Allstate Ins. Co.**

Scioto App. No. 98CA2597. Discretionary appeal allowed and cause held for the decision in 98–772, *Csulik v. Nationwide Mut. Ins. Co.,* Stark App. No. 1997CA00283; briefing schedule stayed.